IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH K. SIMS** | : | CIVIL ACTION |
| *Plaintiff – Pro se* | : | |
| | : | NO. 15-5426 |
| v. | : | |
| | : | |
| **JOHN P. GREGG, et al.** | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 28th day of February 2017, upon consideration of the *motion to dismiss* filed by Defendants Thomas C. Egan, III, Daniel Glammer, Susan M. Markofsky, Cheryl L. Austin, Joanne Mancini, John P. Gregg, Wendy Demchick-Alloy, Thomas McBride, Joseph J. Hylan, Chris Parisi, Stephen Geday and Regina B. Guerin, [ECF 23], the *motion to dismiss* filed by Defendant Kate M. Kelly, [ECF 25], Plaintiff Joseph K. Sims' response to the motions to dismiss, [ECF 30], Plaintiff's motion for appointment of counsel, [ECF 37], and Defendants' opposition to the motion for appointment of counsel, [ECF 28], it is hereby **ORDERED** as follows:

1. The motions to dismiss are **GRANTED**, and Defendants Thomas C. Egan, III, Daniel Glammer, Susan M. Markofsky, Cheryl L. Austin, Joanne Mancini, John P. Gregg, Wendy Demchick-Alloy, Thomas McBride, Joseph J. Hylan, Chris Parisi, Stephen Geday, Regina B. Guerin, and Kate M. Kelly, are **DISMISSED** from this case.

2. Defendants Magisterial District Judge Francis J. Lawrence, Sr., Magisterial District Judge Robert A. Saraceni, Sr., Montgomery County Common Pleas Judge Stanley Ott, Magisterial District Judge Francis J. Lawrence, Jr., Magisterial District Judge Margaret A. Hunsicker, Kevin McKeon, Joseph Byrnes, Joseph Benson, S. Stowell, A. Santo, R. Emrich, C. Narkin, Methuselah Bradley, and Frank Flick are **DISMISSED** from this case.

3. The motion for appointment of counsel is **DENIED**.

The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*